Case 1:22-cv-00397-JPH-MG  89D02-2112-CT-000064  Document 1-2  Filed 02/28/22  Page 1 of 4 PageID #: 6  Filed: 12/23/2021 7:32 PM
Clerk
Wayne County Superior Court 2
Wayne County, Indiana

DP

STATE OF INDIANA      )       IN THE WAYNE        COURT
                     ) SS:
COUNTY OF WAYNE       )       CAUSE NO.

COREY MORGAN

    VS.

JOSHUA PASSMORE and
AUSTINS COURIER SERVICE, LTD

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Corey Morgan, by counsel, Nathan D. Foushee of Ken Nunn Law Office, and for his cause of action against the Defendants, Joshua Passmore and Austins Courier Service, LTD, alleges and states as follows:

## STATEMENT AND JURISDICTION

1. This is a clear liability collision in which Defendants' 2013 Freightliner tractor and attached trailers was negligently driven by Joshua Passmore, causing a collision with the vehicle in which the Plaintiff, Corey Morgan, was a passenger. As a result of the collision, Plaintiff has incurred medical expenses and other special expenses in an amount to be proven at trial of this cause.

2. Jurisdiction and venue are appropriate in Wayne County, Indiana, as said collision occurred within the boundaries of Wayne County, State of Indiana.

## FIRST CAUSE OF ACTION

### NEGLIGENCE OF JOSHUA PASSMORE

3. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

4. On or about July 31, 2021, Defendant Joshua Passmore negligently drove a tractor-trailer, striking the vehicle in which Plaintiff, Corey Morgan, was a passenger.

5. Defendant Joshua Passmore had a duty to operate his tractor trailer in a safe and reasonable manner.

6. Defendant Joshua Passmore failed in the above mentioned duties and is therefore negligent.

7. Defendant Joshua Passmore's negligence was the direct and proximate cause of Plaintiff's injuries.

8. Plaintiff Corey Morgan's injuries and damages are permanent.

9. Plaintiff Corey Morgan has incurred medical bills for the treatment of his injuries directly resulting from this collision.

10. As a direct and proximate result of Joshua Passmore's negligence, Corey Morgan has experienced physical and mental pain and suffering, and has lost the ability to perform usual activities, resulting in a diminished quality of life.

## SECOND CAUSE OF ACTION

NEGLIGENCE PER SE OF JOSHUA PASSMORE

11. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 10 above as if fully restated verbatim.

12. Joshua Passmore violated state and federal statutes and regulations including but not limited to Title 9 of the Indiana Code.

13. Defendant Joshua Passmore's statutory violations directly and proximately caused Plaintiff's damages and injuries.

14. Defendant Joshua Passmore is negligent per se based on these statutory and regulatory violations.

## THIRD CAUSE OF ACTION

RESPONDEAT SUPERIOR OF AUSTINS COURIER SERVICE, LTD

15. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 14 above as if fully restated verbatim.

16. Defendant Joshua Passmore was the employee, agent, servant, or independent contractor for Austins Courier Service, LTD. Accordingly, Austins Courier

Service, LTD is vicariously liable for the acts of Defendant Joshua Passmore for the causes of action above.

WHEREFORE, the Plaintiff, Corey Morgan, by counsel Nathan D. Foushee of the Ken Nunn Law Office, demands judgment against the Defendants, Joshua Passmore and Austins Courier Service, LTD for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses and other special expenses, court costs and all other just and proper relief in the premises.

KEN NUNN LAW OFFICE

BY:   *s/ Nathan D. Foushee*
Nathan D. Foushee, #24885-49
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: nathanf@kennunn.com

## REQUEST FOR TRIAL BY JURY

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE


BY: *s/ Nathan D. Foushee*
Nathan D. Foushee, #24885-49
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: nathanf@kennunn.com


Nathan D. Foushee, #24885-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff